# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ROLAND PELLETIER,**
**Brevard County Jail Inmate**
**No. 287407,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No. 1:23-cv-184-AW-ZCB**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 17, 2023 report and recommendation (ECF No. 3), to which there has been no objection. I adopt the report and recommendation and incorporate it into this order. The clerk will enter judgment that says, "This case is dismissed without prejudice under 28 U.S.C. § 1915(g) because Plaintiff has three strikes and did not submit the filing fee." The clerk will then close the file.

SO ORDERED on August 16, 2023.

                                        s/ *Allen Winsor*
                                        United States District Judge